# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Margaret Sager et al.,<br><br>Plaintiff<br><br>v.<br><br>Detective Southwell et al.,<br><br>Defendants | Case No: 2:13-cv-01235-JAD-CWH<br><br>**Order Adopting Reports and Recommendations [Doc. 2, Doc. 6] and Denying Motions/Applications for Leave to Proceed** *in Forma Pauperis* **[Doc. 1, Doc. 4]** |

Margaret Sager filed a Motion/Application for Leave to Proceed *in Forma Pauperis* on July 10, 2013.  Doc. 1.  Magistrate Judge Carl Hoffman entered a Report and Recommendation on July 15, 2013, recommending denial.  Doc. 2.  On July 22, 2013, Sager filed a second Motion/Application for Leave to Proceed in Forma Pauperis , which contained information nearly identical to her first application.  Doc. 4.  Judge Hoffman entered a second recommendation to deny *in forma pauperis* status on July 29, 2013.  Doc. 6.  Sager submitted a letter requesting a status update on August 13, 2013, Doc. 8, but she has filed no objection.

This Court reviews the record de novo.  Sager reports that she receives $718 in monthly income and that she has no regularly monthly expenses, dependents, or other financial obligations.  Doc 1 at 1–2; Doc. 4 at 1–2.  Because her income exceeds her costs by one hundred percent, her income is sufficient to pay the filing fee in this civil rights case.  *See id.*

Accordingly, and with good cause appearing,

1

It is hereby **ORDERED** that Magistrate Judge Hoffman's first and second Reports and Recommendations [**Doc. 2**, **Doc. 6**] are **ACCEPTED and ADOPTED** in their entirety.

It is further **ORDERED** that Plaintiff's first and second Motions/Applications for Leave to Proceed *in Forma Pauperis* [**Doc. 1**, **Doc. 4**] are **DENIED**.

It is further **ORDERED** that Plaintiff must pay the $400.00 filing fee within 30 days of the date of this Order. Plaintiff is strongly cautioned that failure to pay the filing fee within 30 days of this Order may result in the dismissal of this action.

DATED November 15, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

2