**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARET E. SAGER, II, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:13-cv-1235-JAD-CWH |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| SOUTHWELL, LVMPD Detective, *et al.*, ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on Plaintiffs' Motion to Address (doc. # 17), filed May 11, 2015.

On January 14, 2014, this matter was dismissed, as Plaintiffs failed to pay the filing fee in compliance with this Court's order. See Doc. # 12. On that same date, judgement was entered in favor of Defendants. See Doc. # 13. Plaintiffs have now filed the instant motion asking Judge Koppe to address issues. First, Judge Koppe is not assigned to this case, leaving the Court to question whether the instant motion is even properly filed under the correct case number. Second, a review of the instant motion reveals it is unclear what Plaintiffs are asking for and under what authority. Third, and more importantly, judgment was entered in this case on January 14, 2014. As such, the case is closed and no further filings shall be accepted under this case number.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Address (doc. # 17) is **denied**. The Clerk of Court shall accept no additional filings in this case.

DATED: May 12, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**